VINCENT I. NUGENT, Appellant, v. JOHN J. REYNOLDS, INC., Respondent.—

No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER J. CHAPMAN, Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE FRANKLIN COLLINS, Appellant.—

The record, the prior adjudications in this case (*People* v. *Collins*, 3 A D 2d 860; 4 A D 2d 674), and the prior adjudications of defendant's prior *coram nobis* applications, conclusively refute his present contentions. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST DE BARROS, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.